UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARTHA J. SPURLOCK,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

Case No. EDCV 14-01521-JEM

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: April 16, 2015

                    /s/ John E. McDermott
                    JOHN E. MCDERMOTT
          UNITED STATES MAGISTRATE JUDGE